IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRES CHILDS,

    Plaintiff,

  v.

CORRECTIONAL HEALTH SERVICES, et al.,

    Defendants.
                        /

No. C 09-01459 CW (PR)

ORDER OF TRANSFER

Plaintiff has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status. The acts complained of occurred at Rio Cosumnes Correctional Center in Sacramento County, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

Plaintiff's application for in forma pauperis status is TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: 4/27/09

                                        CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA | |
| ANDRES CHILDS,<br><br>        Plaintiff,<br><br>  v.<br><br>CORRECTIONAL HEALTH SERVICES et al,<br><br>        Defendant. | Case Number: CV09-01459 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andres Childs X-3808424
CBF-214
12500 Brucville Rd
Elk Grove, CA 95757

Dated: April 27, 2009

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk